```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF NEBRASKA

RUSSELL KATT,                   )
                                )
               Plaintiff,       )        8:05CV380
                                )
     v.                         )
                                )
CARGILL, INCORPORATED, a        )        ORDER
Delaware Corporation, and       )
GETHMANN CONSTRUCTION           )
COMPANY, INC.,                  )
                                )
               Defendants.      )
_____)
```

   This matter is before the Court on the joint motion and stipulation to dismiss defendant Gethmann Construction Inc. (Filing No. 34).  The Court finds said motion should be granted.  Accordingly,

   IT IS ORDERED that the joint motion is granted; defendant Gethmann Construction Company is dismissed, each party to pay their own costs.

   DATED this 1st day of February, 2006.

           BY THE COURT:

           /s/ Lyle E. Strom
           _____
           LYLE E. STROM, Senior Judge
           United States District Court