IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUSSELL KATT,                     ) | |
|                                   ) | |
|           Plaintiff,              ) | 8:05CV380 |
|                                   ) | |
|      v.                           ) | |
|                                   ) | |
| CARGILL, INCORPORATED, a          ) | ORDER |
| Delaware Corporation, and         ) | |
| GETHMANN CONSTRUCTION             ) | |
| COMPANY, INC.,                    ) | |
|                                   ) | |
|           Defendants.             ) | |
| _____)   | |

This matter is before the Court on Cargill, Incorporated's motion to set aside order (Filing No. 36) dismissing defendant Gethmann Construction Inc.  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED:

1) The Court's order (Filing No. 35) dismissing defendant Gethmann Construction Company, Inc., is set aside and defendant is reinstated.

2) Defendant Cargill shall have until February 24, 2006, to object to the joint motion and stipulation to dismiss defendant Gethmann.

      3) Plaintiff and defendant Gethmann shall have until March 10, 2006, to respond to said objection.

      DATED this 7th day of February, 2006.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court