IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
ALAN IMHOF,                      )
                                 )
          Plaintiff,             )      8:05CV379
                                 )
     v.                          )
                                 )
CARGILL, INCORPORATED, a         )
Delaware Corporation, and        )
GETHMANN CONSTRUCTION            )
COMPANY, INC.,                   )
                                 )
          Defendants.            )
_____ )
RUSSELL KATT,                    )
                                 )
          Plaintiff,             )      8:05CV380
                                 )
     v.                          )
                                 )
CARGILL, INCORPORATED, a         )      ORDER
Delaware Corporation, and        )
GETHMANN CONSTRUCTION            )
COMPANY, INC.,                   )
                                 )
          Defendants.            )
_____ )
```

This matter is before the Court on the motions to extend deadline to add parties or amend pleadings (Filing No. 41 in 8:05CV379; Filing No. 38 in 8:05CV380). The Court finds these motions should be granted. Accordingly,

IT IS ORDERED that defendant Cargill's motions are granted; the parties shall have until June 20, 2006, to add parties or amend pleadings in these cases.

DATED this 24th day of February, 2006.

>BY THE COURT:
>
>/s/ Lyle E. Strom
>_____
>LYLE E. STROM, Senior Judge
>United States District Court