```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA

RUSSELL KATT,                  )
                               )
              Plaintiff,       )        8:05CV380
                               )
       v.                      )
                               )
CARGILL, INCORPORATED, a       )           ORDER
Delaware Corporation, and      )
GETHMANN CONSTRUCTION          )
COMPANY, INC.,                 )
                               )
              Defendants.      )
_____ )
```

This matter is before the Court on the motion for leave to designate experts out of time (Filing No. 53).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that said motion is granted; the deadline to designate expert witnesses is extended to July 31, 2006.

DATED this 25th day of July, 2006.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court