IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUSSELL KATT, | ) | 8:05CV380 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| CARGILL, INCORPORATED, a Delaware | ) | |
| corporation, and GETHMAN | ) | |
| CONSTRUCTION COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant's motion to continue the final pretrial conference and to extend the deadlines in the final progression order (Filing No. 60).

IT IS ORDERED that said motion is granted; the pretrial conference is cancelled and a scheduling conference with the undersigned will be held on:

**Tuesday, March 6, 2007, at 9:00 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 8th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court