IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

RUSSELL KATT,                           )
                                        )
                Plaintiff,              )            8:05CV380
                                        )
        v.                              )
                                        )
CARGILL, INCORPORATED, a                )            ORDER
Delaware Corporation, and               )
GETHMANN CONSTRUCTION                   )
COMPANY, INC.,                          )
                                        )
                Defendants.             )
_____)


        This matter is before the Court on the stipulation for

dismissal (Filing No. 74).   Pursuant thereto,

        IT IS ORDERED that this action is dismissed with

prejudice, each party to pay their own costs.

        DATED this 30th day of July, 2007.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                                _____
                                LYLE E. STROM, Senior Judge
                                United States District Court